**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  05-cr-00458-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JOSE LUIS HUERTA,

      Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Government's Motion to Dismiss Indictment** [#37], filed January 23, 2007.  After careful review of the motion and the file, the court has concluded that the motion should be granted and that the indictment should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Government's Motion to Dismiss Indictment** [#37], filed January 23, 2007, is **GRANTED**;

2.  That pursuant to Fed.R.Crim.P. 48(a), the Indictment [#3] filed on October 18, 2005, is **DISMISSED**;

3.  That the hearing on the pending motions set for January 26, 2007, is **VACATED**; and

4.  That all pending motions are **DENIED** as moot.

Dated January 23, 2007, at Denver, Colorado.

                                    **BY THE COURT:**

                                    **s/ Robert E. Blackburn**
                                    **Robert E. Blackburn
United States District Judge**